1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN POLAN,                                    )     1:05cv0679 DLB
                                                )
                                                )
              Plaintiff,                         )     ORDER EXTENDING BRIEFING
                                                )     SCHEDULE
      v.                                        )
                                                )
JO ANNE B. BARNHART, Commissioner   )
of Social Security,                             )
                                                )
              Defendant.                         )
_____     )

        Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is

granted an extension of time to December 29, 2005, to file his opening brief.  All other deadlines

are extended accordingly.


        IT IS SO ORDERED.

   **Dated:    December 22, 2005**              _____ **/s/ Dennis L. Beck**_____
3b142a                                            UNITED STATES MAGISTRATE JUDGE

1