1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4036

5  Attorneys for Defendant

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10 KEVIN POLAN,                      )   1:05-CV-0679 OWW DLB
                                     )
11                                   )
              Plaintiff,             )   STIPULATION AND
12                                   )   ORDER TO EXTEND
              v.                     )   TIME
13                                   )
   JO ANNE B. BARNHART,              )
14 Commissioner of Social            )
   Security,                         )
15                                   )
              Defendant.             )
16 _____)

17      The parties, through their respective counsel, stipulate that

18 the time for responding to plaintiff's Opening Brief be extended

19 from February 20, 2006 to March 22, 2006.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28
                                    1

This is defendant's first request for an extension of time to file a response to plaintiff's Opening Brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: February 14, 2006       /s/ Steven G. Rosales
                                      (As authorized via facsimile)
                                      STEVEN G. ROSALES
                                      Attorney for Plaintiff


Dated: February 14, 2006       McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney


    IT IS SO ORDERED.

    **Dated:   February 17, 2006**                  **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE